UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | | |
|---|---|---|
| PATRICIA ANDERSON | ) | |
|     Plaintiff, | ) | |
| | ) | |
| v. | ) | **JUDGMENT** |
| | ) | |
| MARTIN O'MALLEY, | ) | No. 5:23-CV-511-FL |
| Commissioner of Social Security | ) | |
|     Defendant. | ) | |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of the defendant's stipulation regarding plaintiff's motion for attorney fees and costs.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered December 5, 2024, it is ordered that defendant pay to plaintiff $$5,500.00, in full satisfaction of any and all claims arising under the Equal Access to Justice Act, 28 U.S.C. § 2412, plus reimbursement of $402.00 in costs for the filing fees from the Treasury Judgment Fund.

**This Judgment Filed and Entered on December 5, 2024, and Copies To:**
Derrick Kyle Arrowood (via CM/ECF Notice of Electronic Filing)
Samantha Zeiler / Wanda Mason (via CM/ECF Notice of Electronic Filing)

December 5, 2024    PETER A. MOORE, JR., CLERK

               /s/ Sandra K. Collins
              (By) Sandra K. Collins, Deputy Clerk